## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 19-23478-CMB |
| Douglas D. Horvath and , | |
|     Debtor(s) | Chapter 13 |
| | |
| Douglas D. Horvath and , | |
|     Movant(s) | Document No.   12 |
|         v. | |
| | |
| NO RESPONDENT(S) | |

### ORDER

AND NOW, to wit, this _____16th_____ day of _____September_____, 2019, upon

consideration of the within Motion for Extension of Time to Complete Bankruptcy Filing, it is

hereby, ORDERED that the Motion is GRANTED and Debtor(s) have until September 26, 2019

to complete the deficiencies that remain for the indicated Petition.  No further extensions shall be

granted.

FILED
9/16/19 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

dmk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 19-23478-CMB
Douglas Horvath                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas            Page 1 of 1            Date Rcvd: Sep 16, 2019
                              Form ID: pdf900       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
db              +Douglas Horvath,    10831 Guffey Rillton Road,    Rillton, PA 15678-2732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
          Corey J. Sacca    on behalf of Debtor Douglas  Horvath csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
          Karina  Velter    on behalf of Creditor   PNC Bank, National Association amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                      TOTAL: 5