# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | Case No.: 19-23478-CMB |
| : | Chapter 13 |
| **Douglas Horvath,** : | Judge Carlota M. Bohm |
| : | |
| : | |
| **Debtor(s).** : | |
| : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that James K. Haney, Esq., of Wong Fleming, hereby enters an appearance on behalf of Creditor, BMO Harris Bank N.A.

**PLEASE TAKE FURTHER NOTICE** that all notices sent by the Clerk, and all other notices and papers served or required to be served in this case and any cases consolidated herewith, whether written or oral, by the Court, the Defendant, and any other party in interest should be served as follows:

> James K. Haney, Esq.
> WONG FLEMING, P.C.
> 1500 Market Street
> 12th Floor, East Tower
> Philadelphia, PA 19102
> Tel.: 215-546-2776
> Fax: 215-546-3206
> Email: jhaney@wongfleming.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all papers, including without limitation, any plans and objections thereto, orders and notices of any application, motions, petitions, pleadings, request, complaints, or demands, replies, and any of the

documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, facsimile, telex, or otherwise.

Date: October 7, 2019

/s/ James K. Haney_____
James K. Haney, Esq. (PA ID: 86818)
**WONG FLEMING, P.C.**
1500 Market Street
12th Floor, East Tower
Philadelphia, PA 19102
Tel.: 215-546-2776
Fax: 215-546-3206
Email: jhaney@wongfleming.com
*Attorneys for Creditor, BMO Harris Bank N.A.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 19-23478-CMB |
| | : | **Chapter 13** |
| **Douglas Horvath,** | : | **Judge Carlota M. Bohm** |
| | : | |
| | : | |
| Debtor(s). | : | |
| | : | |

**CERTIFICATE OF SERVICE OR NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on October 7, 2019.

<u>Service by ECF and First-Class Mail</u>:

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

Corey J. Sacca, Attorney for Douglas Horvath, 20 North Pennsylvania Avenue, Greensburg, PA 15601, csacca@bononilaw.com


EXECUTED ON: <u>October 7, 2019</u>

                By: /s/*James K. Haney*
                    James K. Haney, Esq. (PA ID: 86818)
                    **WONG FLEMING, P.C.**
                    1500 Market St., 12th Fl., East Tower
                    Philadelphia, PA 19102
                    Tel.: 215-546-2776
                    Email: jhaney@wongfleming.com
                    *Attorneys for Creditor, BMO Harris Bank N.A.*