### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Douglas Horvath | |
| Debtor(s) | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION, its successors and/or assigns | |
| Movant | |
| vs. | |
| | NO. 19-23478 CMB |
| Douglas Horvath | |
| Debtor(s) | |
| Ronda J. Winnecour | |
| Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PNC BANK NATIONAL ASSOCIATION, which was filed with the Court on or about **October 25, 2019, docket number 23**.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**

James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
Attorney for Movant/Applicant

November 12, 2019