**\*FILING FEE PAID\*** (Yes circled) No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Horvath _____ JAD/TPA/**CMB**/GLT

Case Number: 19-23478

Date of Meeting: 1/6/20 _____ Recording # _____
Debtor(s) present ___ or Not Present ✓ ( ___ No Payments Made or ___ ~~partial~~ payments)
Attorney for debtor(s) Sacca _____ (Present ✓ or Not Present ___ )
Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

- 2nd miss, no explanation
- Payment has been made
- Need debtor to appear of case is to move forward.

FILED 2020 JAN 10 P 2:26 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
✓ Meeting NOT HELD                    ✓ Order to Show Cause Requested
                                      _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)\*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
       _____ 341 Meeting    OR _____ Conciliation Conf. OR _____ \*Contested Hearing
On _____ at _____ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee