**Form 016**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

32

In re:                                                                 Bankruptcy Case No.: 19−23478−CMB

Chapter: 13

**Douglas Horvath**
  Debtor(s)

**ORDER OF COURT**

    **AND NOW,** in Pittsburgh in said district this The 13th of January, 2020;

    **IT IS HEREBY ORDERED** that the Debtor(s) and/or Counsel for the Debtor(s) shall appear on February 19, 2020 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **TO SHOW CAUSE WHY** the above−captioned case should not be **DISMISSED for Debtor(s) failure to attend scheduled Section 341 Meetings.**

Carlota M. Bohm<br>
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Douglas Horvath  
      Debtor

Case No. 19-23478-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Jan 13, 2020  
                      Form ID: 016     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2020.  
db             +Douglas Horvath,    10831 Guffey Rillton Road,    Rillton, PA 15678-2732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2020 at the address(es) listed below:  
           Corey J. Sacca     on behalf of Debtor Douglas  Horvath csacca@bononilaw.com,  
            coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com  
           James  Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
           James K. Haney     on behalf of Creditor    BMO Harris Bank N.A. jhaney@wongfleming.com,  
            sshalloo@wongfleming.com;spiotrowski@wongfleming.com  
           Karina  Velter     on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com  
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                           TOTAL: 6