**Form 016**

**UNITED STATES BANKRUPTCY COURT**  
**WESTERN DISTRICT OF PENNSYLVANIA**

34 − 32  
gamr

In re:                                                                                   Bankruptcy Case No.: 19−23478−CMB

Chapter: 13

**Douglas Horvath**
   Debtor(s)

**ORDER OF COURT**

   **AND NOW,** in Pittsburgh in said district this The 17th of January, 2020;

   **IT IS HEREBY ORDERED** that the Debtor(s) and/or Counsel for the Debtor(s) shall appear on February 19, 2020 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **TO SHOW CAUSE WHY** the above−captioned case should not be **DISMISSED for Debtor(s) failure to attend scheduled Section 341 Meetings.**

Carlota M. Bhm  
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-23478-CMB
Douglas Horvath                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: gamr                 Page 1 of 2                Date Rcvd: Jan 17, 2020
                                  Form ID: 016               Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2020.
```
db             +Douglas Horvath,    10831 Guffey Rillton Road,     Rillton, PA 15678-2732
cr             +BMO Harris Bank N.A.,    111 W. Monroe Street,     Chicago, IL 60603-4095
15127548        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
15116382       +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
15132527       +BMO Harris Bank, N.A.,    PO Box 3040,    Cedar Rapids, IA 52406-3040
15130366      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of Pennsylvania,     Attn: Christy Peoples,   PO Box 117,
                 Columbus, OH 43216)
15153799        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
15116384       +Columbia Gas of PA,    2595 Interstate Drive, Suite 103,    Harrisburg, PA 17110-9378
15116386       +Diversified Consultants, Inc.,    Attn: Bankruptcy,    Po Box 679543,    Dallas, TX 75267-9543
15140052       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
15116389       +Manor Bank,   Po Box 250,    Evans City, PA 16033-0250
15149189       +Midland Credit Management, Inc.,    Po Box 2037,    Warren MI 48090-2037
15116393       +PNC Bank,   Po Box 3180,    Pittsburgh, PA 15230-3180
15116392       +PNC Bank,   Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15156628       +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
15140721       +PNC Bank, National Association,    P.O. Box 94982,    Cleveland, OH 44101-4982
15116394       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15146339        State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15116397      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank/RMS CC,     Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati, OH 45201)
15116400       +Westmoreland County Tax Claim Bureau,     40 N. Pennsylvania Ave., Ste. 109,
                 Greensburg, PA 15601-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2020 03:14:59
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15116383       +E-mail/Text: bankruptcy@cavps.com Jan 18 2020 03:18:10      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
15117305       +E-mail/Text: bankruptcy@cavps.com Jan 18 2020 03:18:10      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15116385        E-mail/Text: mrdiscen@discover.com Jan 18 2020 03:17:07      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
15145900        E-mail/Text: G06041@att.com Jan 18 2020 03:18:15      Directv, LLC,
                 by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL  60197-5008
15118402        E-mail/Text: mrdiscen@discover.com Jan 18 2020 03:17:07      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
15116387       +E-mail/Text: bankruptcy.notices@hdfsi.com Jan 18 2020 03:18:23       Harley Davidson Financial,
                 Attn: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
15134145        E-mail/Text: cio.bncmail@irs.gov Jan 18 2020 03:17:18      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7317,    Philadelphia, PA 19101-7317
15116390       +E-mail/Text: mawccollection@mawc.org Jan 18 2020 03:18:01       MAWC,   124 Park and Pool Road,
                 New Stanton, PA 15672-2404
15116391        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2020 03:17:41       PA Dept. of Revenue,
                 PO Box 280946,    Harrisburg, PA 17128-0946
15150292        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2020 03:37:33
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15116395       +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Jan 18 2020 03:17:22
                 State Farm Financial S,    1 State Farm Plaza,    Bloomington, IL 61710-0001
15116641       +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 03:14:08       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15116396       +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 03:14:08       Synchrony Bank/PayPal Cr,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
15116398       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 18 2020 03:16:59
                 Verizon,   Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
15146018        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 18 2020 03:26:36       Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
15116399       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 18 2020 03:17:56       West Penn Power,
                 PO Box 3687,    Akron, OH 44309-3687
15127757       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 18 2020 03:17:56       West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                               TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
```

```
District/off: 0315-2               User: gamr               Page 2 of 2               Date Rcvd: Jan 17, 2020
                                   Form ID: 016             Total Noticed: 38

15116388*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,   PO Box 21126,   Philadelphia, PA 19114)
                                                                                      TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2020 at the address(es) listed below:
              Corey J. Sacca    on behalf of Debtor Douglas  Horvath csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              James K. Haney    on behalf of Creditor    BMO Harris Bank N.A. jhaney@wongfleming.com,
               sshalloo@wongfleming.com;spiotrowski@wongfleming.com
              Karina  Velter    on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6