## PROCEEDING MEMO

Date: 02/19/2020 10:00 am

In re:   Douglas Horvath

                                            Bankruptcy No. 19-23478-CMB
                                            Chapter: 13
                                            Doc. # 32

Appearances:  Winnecour/ Pail/ Katz/ DeSimone
                    Corey J. Sacca

Nature of Proceeding: #32 Rule to Show Cause hearing re failure to attend 341 meetings

Additional Pleadings: #34 Order Signed 01/17/2020 Setting Rule To Show Cause Hearing for 02/19/2020 at 10:00 a.m.

Judge's Notes:

- Debtor present
- §341 meeting to be rescheduled. If debtor fails to appear case to be dismissed w/o further hearing.

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
2/19/20 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA