**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19–23478–CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Douglas Horvath
10831 Guffey Rillton Road
Rillton, PA 15678

Social Security No.:
xxx–xx–7340

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Corey J. Sacca | Ronda J. Winnecour |
| Bononi & Company | Suite 3250, USX Tower |
| 20 North Pennsylvania Ave. | 600 Grant Street |
| Greensburg, PA 15601 | Pittsburgh, PA 15219 |
| Telephone number:  724–832–2499 | Telephone number:  412–471–5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| June 8, 2020 | June 8, 2020 |
| 09:00 AM | 09:00 AM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**MEETING RESCHEDULED DUE TO COVID–19. ALL OTHER
DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/25/20

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-23478-CMB
Douglas Horvath                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas            Page 1 of 2          Date Rcvd: Mar 25, 2020
                             Form ID: rscCOVID      Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db           +Douglas Horvath,   10831 Guffey Rillton Road,   Rillton, PA 15678-2732
cr           +BMO Harris Bank N.A.,   111 W. Monroe Street,   Chicago, IL 60603-4095
15127548      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
              Malvern  PA 19355-0701
15116382     +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
15132527     +BMO Harris Bank, N.A.,   PO Box 3040,   Cedar Rapids, IA 52406-3040
15130366    ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of Pennsylvania,   Attn: Christy Peoples,   PO Box 117,
              Columbus, OH 43216)
15153799      Citibank, N.A.,   5800 S Corporate Pl,   Sioux Falls, SD 57108-5027
15116384     +Columbia Gas of PA,   2595 Interstate Drive, Suite 103,   Harrisburg, PA 17110-9378
15116386     +Diversified Consultants, Inc.,   Attn: Bankruptcy,   Po Box 679543,   Dallas, TX 75267-9543
15140052     +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
15116389     +Manor Bank,   Po Box 250,   Evans City, PA 16033-0250
15149189     +Midland Credit Management, Inc.,   Po Box 2037,   Warren MI 48090-2037
15217980     +NexTier Bank, N.A.,   c/o Maureen A. Dowd, Esquire,   Grenen & Birsic, PC,
              One Gateway Center, 9th Floor,   Pittsburgh, PA 15222
15217979     +NexTier Bank, N.A.,   101 E Diamond St, Suite 110,   Butler, PA 16001-5943
15116393     +PNC Bank,   Po Box 3180,   Pittsburgh, PA 15230-3180
15116392     +PNC Bank,   Attn: Bankruptcy,   Po Box 94982: Mailstop Br-Yb58-01-5,   Cleveland, OH 44101-4982
15156628     +PNC Bank, N.A.,   P.O. Box 94982,   Cleveland, OH 44101-4982
15140721     +PNC Bank, National Association,   P.O. Box 94982,   Cleveland, OH 44101-4982
15116394     +Pnc Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
15146339      State Farm Bank,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
15116397    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank/RMS CC,   Attn: Bankruptcy,   Po Box 5229,
              Cincinnati, OH 45201)
15116400     +Westmoreland County Tax Claim Bureau,   40 N. Pennsylvania Ave., Ste. 109,
              Greensburg, PA 15601-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:53:15     Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:50:12
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15116383     +E-mail/Text: bankruptcy@cavps.com Mar 26 2020 04:54:51     Cavalry Portfolio Services,
              Attn: Bankruptcy Department,   500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
15117305     +E-mail/Text: bankruptcy@cavps.com Mar 26 2020 04:54:51     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
15116385      E-mail/Text: mrdiscen@discover.com Mar 26 2020 04:51:38     Discover Financial,
              Attn: Bankruptcy Department,   Po Box 15316,   Wilmington, DE 19850
15145900      E-mail/Text: G06041@att.com Mar 26 2020 04:55:03     Directv, LLC,
              by American InfoSource as agent,   PO Box 5008,   Carol Stream, IL  60197-5008
15118402      E-mail/Text: mrdiscen@discover.com Mar 26 2020 04:51:38     Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
15116387     +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 26 2020 04:55:23     Harley Davidson Financial,
              Attn: Bankruptcy,   Po Box 22048,   Carson City, NV 89721-2048
15134145      E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 26 2020 04:52:03     Internal Revenue Service,
              Centralized Insolvency Operation,   PO Box 7317,   Philadelphia, PA 19101-7317
15116390     +E-mail/Text: mawccollection@mawc.org Mar 26 2020 04:54:33     MAWC,   124 Park and Pool Road,
              New Stanton, PA 15672-2404
15116391      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:53:14     PA Dept. of Revenue,
              PO Box 280946,   Harrisburg, PA 17128-0946
15150292      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:47:54
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
15116395     +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Mar 26 2020 04:52:12
              State Farm Financial S,   1 State Farm Plaza,   Bloomington, IL 61710-0001
15116641     +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:45:29     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15116396     +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:45:12     Synchrony Bank/PayPal Cr,
              Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
15116398     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 26 2020 04:51:19
              Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
              Weldon Springs, MO 63304-2225
15146018      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 26 2020 05:09:36     Verizon,
              by American InfoSource as agent,   PO Box 4457,   Houston, TX  77210-4457
15116399     +E-mail/Text: bankruptcy@firstenergycorp.com Mar 26 2020 04:54:14     West Penn Power,
              PO Box 3687,   Akron, OH 44309-3687
15127757     +E-mail/Text: bankruptcy@firstenergycorp.com Mar 26 2020 04:54:14     West Penn Power,
              5001 NASA Blvd,   Fairmont WV 26554-8248
                                                                              TOTAL: 19

```
District/off: 0315-2            User: dpas              Page 2 of 2               Date Rcvd: Mar 25, 2020
                               Form ID: rscCOVID        Total Noticed: 41


                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                PNC Bank, National Association
cr*              +NexTier Bank, N.A.,   101 E Diamond St, Suite 110,   Butler, PA 16001-5943
15116388*        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   PO Box 21126,   Philadelphia, PA 19114)
                                                                      TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
          Corey J. Sacca   on behalf of Debtor Douglas  Horvath csacca@bononilaw.com,
          coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
          3230706420@filings.docketbird.com
          James  Warmbrodt   on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          James K. Haney   on behalf of Creditor    BMO Harris Bank N.A. jhaney@wongfleming.com,
          sshalloo@wongfleming.com;spiotrowski@wongfleming.com
          Karina  Velter   on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com
          Maureen A. Dowd   on behalf of Creditor    NexTier Bank, N.A. mdowd@grenenbirsic.com,
          mcupec@grenenbirsic.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 7
```