B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania (Pittsburgh)

In re Douglas Horvath                            ,          Case No. 19-23478

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Aspen Properties Group LLC as Trustee of APG Holdings Revocable Trust | PNC Bank, National Association |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  FCI Lender Services, Inc.
  P. O. Box 28720
  Anaheim Hills, CA 92809-0112

Phone: (800) 931-2424
Last Four Digits of Acct #: 5534

Court Claim # (if known): 24-1
Amount of Claim: $20,987.41
Date Claim Filed: 11/12/2019

Phone: 855-245-3814
Last Four Digits of Acct. #: 6686

Name and Address where transferee payments should be sent (if different from above):
  FCI Lender Services, Inc.
  P. O. Box 28720
  Anaheim Hills, CA 92809-0112

Phone: (800) 931-2424
Last Four Digits of Acct #: 5534

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Fred W. Freitag IV, Esq.                    Date: 5/1/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.