**2100 B (12/15)**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 19-23478-CMB
### Chapter 13

In re: Debtor(s) (including Name and Address)

Douglas Horvath
10831 Guffey Rillton Road
Rillton PA 15678

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/01/2020.

Name and Address of Alleged Transferor(s):

Claim No. 24: PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101

Name and Address of Transferee:

Aspen Properties Group LLC as Trustee
of APG Holdings Revocable Trust
c/o FCI Lender Services Inc.
PO Box 28720
Anaheim Hills, CA 92809-0112

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/06/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Douglas Horvath
        Debtor

Case No. 19-23478-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2       User: dpas        Page 1 of 1        Date Rcvd: May 04, 2020
                        Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2020.
15156628        +PNC Bank, N.A.,   P.O. Box 94982,   Cleveland, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2020 at the address(es) listed below:
        Corey J. Sacca   on behalf of Debtor Douglas  Horvath csacca@bononilaw.com,
         coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
         3230706420@filings.docketbird.com
        Fred W. Freitag, IV   on behalf of Creditor    Aspen Properties Group LLC as Trustee of APG
         Holdings Revocable Trust fwfreitagiv@gmail.com
        James  Warmbrodt   on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
        James K. Haney   on behalf of Creditor   BMO Harris Bank N.A. jhaney@wongfleming.com,
         sshalloo@wongfleming.com;spiotrowski@wongfleming.com
        Karina  Velter   on behalf of Creditor   PNC Bank, National Association amps@manleydeas.com
        Maureen A. Dowd   on behalf of Creditor    NexTier Bank, N.A. mdowd@grenenbirsic.com,
         mcupec@grenenbirsic.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                       TOTAL: 8