**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 19-23478-CMB |
| | ) | |
| Douglas Horvath, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | RELATED TO DOCKET NO. 51 |
| | ) | |
| Nextier Bank, N.A., Successor to The Manor National Bank, | ) ) | HEARING DATE & TIME: June 24, 2020 @ 10:00 a.m. |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Douglas Horvath, Debtor; Linda J. Horvath, Co-Debtor; and Ronda J. Winnecour, Trustee; | ) ) ) | |
| | ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER OF COURT GRANTING MOTION TO ALLOW LATE PROOF OF CLAIM**

I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on __May 29__, 20 _20_.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was Either First Class Mail and/or Electronic Notification.

**SERVICE BY FIRST CLASS MAIL**
Douglas Horvath
10831 Guffey Rillton Road
Rillton, PA  15678

Linda J. Horvath
10831 Guffey Rillton Road
Rillton, PA  15678

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219
E-mail:  cmecf@chapter13trusteewdpa.com

**SERVICE BY ELECTRONIC NOTIFICATION**
Corey J. Sacca, Esquire
Bononi & Company
20 North Pennsylvania Avenue
Greensburg, PA  15601
E-mail:  csacca@bononilaw.com

U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222
E-mail:  ustpregion03.pi.ecf@usdoj.gov

Dated:   05/29/2020                    By:    /s/ Maureen A. Dowd
                                               Maureen A. Dowd, Esquire
                                               PA ID No. 90549
                                               Attorney for NexTier Bank, N.A.
                                               One Gateway Center, 9th Floor
                                               Pittsburgh, PA  15222
                                               412-281-7650
                                               Fax:  412-281-7657
                                               E-mail:  mdowd@grenenbirsic.com