IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 19-23478-CMB |
| ) | |
| Douglas Horvath, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | |
| ) | Related to: Document No. 48 |
| ) | |
| NexTier Bank, N.A., Successor to The ) | |
| Manor National Bank, ) | **ENTERED BY DEFAULT** |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Douglas Horvath, Debtor; Linda J. ) | |
| Horvath, Co-Debtor; and Ronda J. ) | |
| Winnecour, Trustee; ) | |
| ) | |
| Respondents. ) | |

## DEFAULT ORDER OF COURT

AND NOW, this __28th__ day of __May__, 2020, upon consideration of the Motion to Allow a Late Proof of Claim filed by NexTier Bank, N.A., Successor to The Manor National Bank, and its successors and assigns (hereinafter "NexTier Bank"), it is hereby ORDERED, ADJUDGED, and DECREED, that NexTier Bank's claim in the amount of $70,831.19 filed on May 7, 2020 ("Claim") is hereby allowed. Accordingly, Nextier Bank shall be afforded rights as if the Claim was timely filed.

BY THE COURT:

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
5/28/20 9:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-23478-CMB
Douglas Horvath                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr            Page 1 of 1            Date Rcvd: May 28, 2020
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db             +Douglas Horvath,    10831 Guffey Rillton Road,    Rillton, PA 15678-2732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              Corey J. Sacca    on behalf of Debtor Douglas  Horvath csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
               3230706420@filings.docketbird.com
              Fred W. Freitag, IV    on behalf of Creditor    Aspen Properties Group LLC as Trustee of APG
               Holdings Revocable Trust fwfreitagiv@gmail.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              James K. Haney    on behalf of Creditor    BMO Harris Bank N.A. jhaney@wongfleming.com,
               sshalloo@wongfleming.com;spiotrowski@wongfleming.com
              Karina  Velter    on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com
              Maureen A. Dowd    on behalf of Creditor    NexTier Bank, N.A. mdowd@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8