*FILING FEE PAID*

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Horvath_____ JAD/TPA/(CMB)/GLT

Case Number: __19-23478__

Date of Meeting: __6 / 8 / 20__    Recording # _____

Debtor(s) present ___ or Not Present ✓ (___No Payments Made or ___ partial payments)

Attorney for debtor(s) __Sacca_____ (Present___ or Not Present___)

Date of Plan at § 341: _____ Applicable commitment period ___3 yrs ___5 yrs

Maureen Dowd for 4th meeting of creditors Next Tier Bank —

Debtor requesting dismissal without prejudice - Please dismiss

~~No defense to dismissal~~ —

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD
                                    _____ Order to Show Cause Requested
                                    _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
__✓__ Trustee recommends dismissal of the case (Debtor does not consent)*
__✓__ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
         _____ 341 Meeting    OR _____ Conciliation Conf. OR ___ *Contested Hearing
         On _____ at _____ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee