**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> DOUGLAS HORVATH <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:19-23478 <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/31/2019 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,100.00 |
| Less Refunds to Debtor | 2,969.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 130.20 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 0.00 | |
|     Trustee Fee | 130.20 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 130.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   NEXTIER BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0228 | | | | |
|   WESTMORELAND COUNTY TAX CLAIM BUI | 4,896.23 | 0.00 | 0.00 | 0.00 |
|     Acct: 0179 | | | | |
|   NEXTIER BANK* | 14,674.85 | 0.00 | 0.00 | 0.00 |
|     Acct: 0228 | | | | |
|   PNC BANK NA | 29,995.12 | 0.00 | 0.00 | 0.00 |
|     Acct: 7561 | | | | |
|   PNC BANK NA | 2,342.97 | 0.00 | 0.00 | 0.00 |
|     Acct: 7561 | | | | |
|   ASPEN PROPERTIES GROUP LLC - TRUST | 20,987.21 | 0.00 | 0.00 | 0.00 |
|     Acct: 5534 | | | | |
| | \* \* \* N O N E \* \* \* | | | |
| Priority | | | | |
|   COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOUGLAS HORVATH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | BONONI & COMPANY<br>Acct: | 2,500.00 | 0.00 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE*<br>Acct: 7340 | 4,488.27 | 0.00 | 0.00 | 0.00 |
| | PA DEPARTMENT OF REVENUE*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | DOUGLAS HORVATH<br>Acct: | 2,969.80 | 2,969.80 | 0.00 | 0.00 |
| | ***NONE*** | | | | |
| Unsecured | | | | | |
| | AMERICAN EXPRESS NATIONAL BANK<br>Acct: 1009 | 1,821.38 | 0.00 | 0.00 | 0.00 |
| | CAVALRY SPV I LLC - ASSIGNEE(*)<br>Acct: 6967 | 8,227.84 | 0.00 | 0.00 | 0.00 |
| | CAVALRY SPV I LLC - ASSIGNEE(*)<br>Acct: 0734 | 5,479.26 | 0.00 | 0.00 | 0.00 |
| | COLUMBIA GAS OF PA INC(*)<br>Acct: 7340 | 817.45 | 0.00 | 0.00 | 0.00 |
| | DISCOVER BANK(*)<br>Acct: 5097 | 10,798.11 | 0.00 | 0.00 | 0.00 |
| | DIRECTV LLC BY AMERICAN INFOSOURCE<br>Acct: 4246 | 206.02 | 0.00 | 0.00 | 0.00 |
| | HARLEY DAVIDSON CREDIT CORP*<br>Acct: 4382 | 12,951.39 | 0.00 | 0.00 | 0.00 |
| | MAWC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PNC BANK NA<br>Acct: 3202 | 17,508.08 | 0.00 | 0.00 | 0.00 |
| | PNC BANK NA<br>Acct: 3339 | 11,620.46 | 0.00 | 0.00 | 0.00 |
| | PNC BANK NA<br>Acct: 6352 | 5,382.81 | 0.00 | 0.00 | 0.00 |
| | STATE FARM BANK<br>Acct: 8755 | 3,240.19 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 5949 | 4,343.62 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 7412 | 27,556.21 | 0.00 | 0.00 | 0.00 |
| | VERIZON BY AMERICAN INFOSOURCE AS<br>Acct: 0002 | 256.26 | 0.00 | 0.00 | 0.00 |
| | VERIZON BY AMERICAN INFOSOURCE AS<br>Acct: 0001 | 179.03 | 0.00 | 0.00 | 0.00 |
| | VERIZON BY AMERICAN INFOSOURCE AS<br>Acct: 0001 | 88.48 | 0.00 | 0.00 | 0.00 |
| | WEST PENN POWER*<br>Acct: 8147 | 2,915.49 | 0.00 | 0.00 | 0.00 |
| | BMO HARRIS BANK NA<br>Acct: 3989 | 58,553.76 | 0.00 | 0.00 | 0.00 |
| | MIDLAND CREDIT MANAGEMENT INC<br>Acct: 6433 | 849.77 | 0.00 | 0.00 | 0.00 |
| | CITIBANK NA**<br>Acct: 4279 | 6,226.79 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 5949 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MANLEY DEAS KOCHALSKI LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-23478 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|     LINDA HORVATH++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     LINDA HORVATH++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     WONG FLEMING PC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | 0.00 |
|---|---|---|

TOTAL CLAIMED
PRIORITY            4,488.27
SECURED            72,896.38
UNSECURED        179,022.40

Date: 07/17/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com